IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-305-FDW-DCK

| | |
|---|---|
| **VALLEN DISTRIBUTION, INC.,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| **THE BARR GROUP OF NASHVILLE, INC.,** | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Local Counsel Scott M. Tyler on April 1 2024.

Applicant Trudy H. Robertson seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Trudy H. Robertson is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: April 1, 2024

David C. Keesler
United States Magistrate Judge